Stuart STOTTS, Plaintiff–Appellant,

v.

Melissa MEYER, Defendant–Respondent.

No. 62347.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 1, 1994.

Richard A. Gartner, Becky R. Eggmann, Copeland, Gartner, Thompson & Farris, Clayton, for plaintiff-appellant.

Sharon E. Wilkes, Homire and Wilkes, P.C., St. Louis, for defendant-respondent.

Before GARY M. GAERTNER, C.J., SIMON, P.J., and PUDLOWSKI, J.

ORDER

PER CURIAM.

Plaintiff appeals a jury verdict as well as the denial of his motion for a judgment notwithstanding the verdict and motion for a new trial.

The judgment is affirmed. Rule 84.16(b).

Henry E. TWOMEY, Jr., Movant,

v.

STATE of Missouri, Respondent.

No. 64566.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant, Henry E. Twomey, Jr., appeals from the dismissal of his Rule 24.035 motion. The motion court dismissed movant's motion as untimely filed.

No error of law appears. An opinion would have no precedential value. The order of the motion court is affirmed. Rule 84.-16(b).